IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | **CR. NO. 05-00292-CG** |
| **LOU WILLIAM VALLAS,** | * | |
| **Defendant.** | * | |

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS,** nunc pro tunc, sheet 2 of the judgment which was entered in the above styled case on June 1, 2006, to read as follows:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINETY-TWO (92) MONTHS; said term is to run consecutively to the state sentence the defendant is currently serving.

**DONE AND ORDERED** this 5th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE