IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOU WILLIAM VALLAS, | : |
| | : |
| Petitioner, | : |
| | : CRIM. ACTION NO. 05-00292-CG |
| vs. | : |
| | : CIVIL ACTION NO. 09-00754-CG |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 be **DENIED**.  It is further **ORDERED** that, should Petitioner move for a certificate of appealability, it be **DENIED** for the reasons set forth in the Report and Recommendation, and that he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 6th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE